◼ In the Matter of LOUIS ABRAMS, Respondent, v. ROY M. KERN et al., Constituting the Board of Zoning Appeals of the Town of Smithtown, Appel-

lants.—

Munder, Acting P. J., Martuscello, Kleinfeld, Brennan and Benjamin, JJ., concur.